2002 OK 38

**Billy Dean HARMON, Petitioner,**

v.

**James I. ENGLISH, III, Respondent.**

No. 97,533.

Supreme Court of Oklahoma.

May 7, 2002.

### ORDER

Original jurisdiction is assumed. Let the writ of mandamus issue. The Court Clerk of Carter County is directed to file petitioner's petition, accompanied by a sworn affidavit that the prisoner is a pauper along with proof of his inmate's trust fund account, manifesting his poverty. The petition is to be file-stamped, showing the date that it was initially received because the prisoner was in compliance with 12 O.S. § 922; 12 O.S. § 2003.1(C), and 28 O.S. § 152(E).

*VOTE ON ASSUMPTION OF ORIGINAL JURISDICTION*:

HODGES, LAVENDER, OPALA, KAUGER, SUMMERS, and BOUDREAU, JJ., Concur.

HARGRAVE, C.J., WATT, V.C.J., and WINCHESTER, J., Dissent.

*VOTE FOR PUBLICATION*:

HODGES, LAVENDER, OPALA, KAUGER, SUMMERS, and BOUDREAU, JJ., Concur.

HARGRAVE, C.J., WATT, V.C.J., and WINCHESTER, J., Dissent.